AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Henderson, Karen L. | 2. Court or Organization  US Circuit Court of Appeals | 3. Date of Report  05/15/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Circuit Court Judge - Active | 5a. Report Type (check appropriate type)  ☐ Nomination,   Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2008 to 12/31/2008 |
| 7. Chambers or Office Address  US Courthouse, Room 3118 333 Constitution Avenue, NW Washington, DC 20001 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

RECEIVED 2009 MAY 15 P 12: 49 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 05/15/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

| ✓ | NONE *(No reportable non-investment income.)* |

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

| ✓ | NONE *(No reportable non-investment income.)* |

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

| ✓ | NONE *(No reportable reimbursements.)* |

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 05/15/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wachovia Bank Acccount | A | Interest | J | T | | | | | |
| 2. Suntrust Bank Checking Account | A | Interest | K | T | | | | | |
| 3. Suntrust Bank Investment Account | C | Dividend | M | T | | | | | |
| 4. Allis Chalmers Energy Inc.: Common | | None | J | W | | | | | |
| 5. Citigroup Account Contains: | | | | | | | | | |
| 6. **Smith Barney Cash Accounts | A | Interest | J | T | | | | | |
| 7. **AT&T Inc.: Common | B | Dividend | K | T | | | | | |
| 8. **Alcatel-Lucent: Common | | None | J | T | | | | | |
| 9. **NCR Corp: Common | | None | J | T | | | | | |
| 10. **Teradata Corp: Common | | None | J | T | | | | | |
| 11. **LSI Corporation: Common | | None | J | T | | | | | |
| 12. **International Business Machines: Common | A | Dividend | J | T | | | | | |
| 13. IRA CD: Wachovia Bank | A | Interest | J | T | | | | | |
| 14. IRA: Citigroup Contains: | | | | | | | | | |
| 15. **AT&T Inc.: Common | C | Dividend | L | T | | | | | |
| 16. **Citigroup Inc.: Common | A | Dividend | J | T | | | | | |
| 17. **Alcatel-Lucent: Common | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. **Intl Business Machines Corp.: Common | A | Dividend | K | T | | | | | |
| 19. **NCR Corp.: Common | | None | J | T | | | | | |
| 20. **Teradata Corp: Common | | None | J | T | | | | | |
| 21. **Citigroup Cash Accounts | A | Interest | L | T | | | | | |
| 22. **LSI Corporation: Common | | None | J | T | | | | | |
| 23. **Traveler's Companies: Common | A | Dividend | J | T | | | | | |
| 24. Merrill Lynch Account Contains: | | | | | | | | | |
| 25. **Federal Signal Corp.: Common | B | Dividend | K | T | | | | | |
| 26. **Schlumberger Ltd: Common | C | Dividend | M | T | | | | | |
| 27. **CD: Banco Pop Puerto Rico | | None | L | T | Buy | 07/14 | L | | |
| 28. **CD: GE Capital Financial, Inc. | | None | L | T | Buy | 07/14 | L | | |
| 29. **CD: Bank of Baroda, NY | | None | L | T | Buy | 07/14 | L | | |
| 30. **CD: Capmark Bank | | None | L | T | Buy | 07/14 | L | | |
| 31. **CD: Capital One Bank | | None | L | T | Buy | 07/14 | L | | |
| 32. **CD: Capital One NA McLean | | None | L | T | Buy | 07/14 | L | | |
| 33. **CD: Wilmington Tr Co Del | A | Interest | | | Buy | 07/14 | L | | |
| 34. | | | | | Sold | 10/20 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. **CD: Coastal Bank | A | Interest | | | Buy | 07/15 | L | | |
| 36. | | | | | Sold | 10/20 | L | | |
| 37. **CD: Bank of Oklahoma, NA | A | Interest | | | Buy | 07/15 | L | | |
| 38. | | | | | Sold | 10/20 | L | | |
| 39. **South Carolina State Hwy 4.6% | C | Interest | | | Redeemed | 05/01 | M | | |
| 40. **South Carolina Transn Infra 5.25% | D | Interest | M | T | | | | | |
| 41. **Horry County SC School District Series A 5.0% | B | Interest | | | Redeemed | 01/02 | L | | |
| 42. **Rock Hill SC Util Sys RV 4.4% | B | Interest | K | T | | | | | |
| 43. **Piedmont Muncipal Power Agency SC 5.25% | A | Interest | J | T | | | | | |
| 44. **North Charleston SC Cop Imp-Coliseum RF OID 5.0% | C | Interest | | | Redeemed | 10/03 | L | | |
| 45. **Marlboro Cnty SC SD Rf Sch 2.9% | B | Interest | | | Redeemed | 03/03 | M | A | |
| 46. **Lexington Cnty SC SD #001 3.0% | A | Interest | | | Redeemed | 03/03 | J | A | |
| 47. **Spartanburg SC Pub Facs Corp 4.0% | A | Interest | | | Redeemed | 04/01 | K | | |
| 48. **South Carolina St Hwy 4.6% | | None | | | Redeemed | 05/01 | J | | |
| 49. **Easley SC Util Rev Comb 4.0% | A | Interest | | | Redeemed | 12/01 | K | | |
| 50. **Laurens Co SC Wtswc WDSR 3.0% | A | Interest | K | T | | | | | |
| 51. **Berkeley Cnty SC Sch Dist. 5.75% | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. **SC Transn Infrastr Rev 5.0% | C | Interest | M | T | | | | | |
| 53. **SC Jobs-EDA Hsp Fcs 5.0% | A | Interest | K | T | | | | | |
| 54. **Berkeley Co SC Sch Dist 4.7% | A | Interest | | | Redeemed | 04/01 | K | | |
| 55. **Beaufort Cnty SC OID 2.875% | B | Interest | L | T | | | | | |
| 56. **South Carolina St Hwy 5.0% | B | Interest | L | T | | | | | |
| 57. **South Carolina St Hwy 5.0% | B | Interest | L | T | | | | | |
| 58. **South Carolina Transn Infra Ser 5.1% | C | Interest | L | T | | | | | |
| 59. **Mount Pleasant SC Wtr & Sewer 3.5% | C | Interest | | | Redeemed | 12/01 | L | | |
| 60. **California ST Economic 5.75% | | None | L | T | Buy | 10/20 | L | | |
| 61. **Clemson University, SC 4.0% | | None | L | T | Buy | 12/04 | L | | |
| 62. **New York, NYC Tran Fin 5.5% | A | Interest | L | T | Buy | 10/20 | L | | |
| 63. **New York, NY 6.0% | A | Interest | L | T | Buy | 10/20 | L | | |
| 64. **Florida St Dept Transn 5.0% | | None | M | T | Buy | 10/20 | M | | |
| 65. **South Dakota St Bldg 5.0% | A | Interest | K | T | Buy | 10/20 | K | | |
| 66. **Halliburton Co.: Common | A | Dividend | J | T | | | | | |
| 67. **Transocean Inc.: Common | | None | K | T | | | | | |
| 68. **Merrill Lynch Cash Accounts | D | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. **Delhaize Group Spons Adr: Common | A | Dividend | J | T | | | | | |
| 70. **El Paso Corporation: Common | A | Dividend | J | T | | | | | |
| 71. **Valhi Inc.: Common | A | Dividend | J | T | | | | | |
| 72. **Titanium Metals Corp. | A | Dividend | J | T | | | | | |
| 73. **DirecTV Group Inc.: Common | | None | J | T | | | | | |
| 74. **News Corp Ltd: Common | A | Dividend | J | T | | | | | |
| 75. **Allstate Corp: Common | A | Dividend | J | T | | | | | |
| 76. **Morgan Stanley: Common | A | Dividend | J | T | | | | | |
| 77. **Discover Financial Services: Common | A | Dividend | J | T | | | | | |
| 78. **Chevron Corp: Common | | None | L | T | Buy | 12/04 | L | | |
| 79. **Marathon Oil Corp: Common | B | Dividend | L | T | Buy | 07/24 | L | | |
| 80. Merrill Lynch IRA Contains: | | | | | | | | | |
| 81. **AT&T, Inc.: Common | A | Dividend | K | T | | | | | |
| 82. **Alcatel-Lucent: Common | | None | J | T | | | | | |
| 83. **LSI Corporation: Common | | None | J | T | | | | | |
| 84. **Marathon Oil Corp: Common | A | Dividend | L | T | Buy | 09/16 | M | | |
| 85. **Merrill Lynch Cash Accounts | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Wachovia Rollover IRA Contains: | | | | | | | | | |
| 87. **Evergreen Prime Cash Fund | D | Interest | | | Sold | 03/03 | P1 | | |
| 88. **Wachovia PT Money Market Fund | D | Interest | K | T | Buy | 03/03 | P1 | | |
| 89. **United States Treasury Bills Due 01/08/2009 | | None | P1 | T | Buy | 07/18 | P1 | | |
| 90. The Black & Decker Corp.: Common | A | Dividend | K | T | | | | | |
| 91. Bank America Corp.: Common | F | Dividend | N | T | | | | | |
| 92. The Boeing Co.: Common | D | Dividend | M | T | | | | | |
| 93. Campbell Soup Co.: Common | D | Dividend | L | T | | | | | |
| 94. Colgate-Palmolive Co.: Common | D | Dividend | O | T | | | | | |
| 95. Genereal Electric Co.: Common | F | Dividend | O | T | | | | | |
| 96. The Goodyear Tire & Rubber Co.:Common | | None | J | T | | | | | |
| 97. IBM Corp.: Common | C | Dividend | M | T | | | | | |
| 98. Exxon-Mobil Corp.: Common | D | Dividend | N | T | | | | | |
| 99. El Paso Energy: Common | A | Dividend | K | T | | | | | |
| 100. Pfizer Co.: Common | D | Dividend | M | T | | | | | |
| 101. Solutia Inc.: Common | | None | J | T | | | | | |
| 102. Marathon Group: Common | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Monsanto: Common | B | Dividend | L | T | | | | | |
| 104. Chevron Corporation: Common | D | Dividend | M | T | | | | | |
| 105. Weyerhaeuser Co.: Common | C | Dividend | K | T | | | | | |
| 106. US Steel Group: Common | A | Dividend | J | T | | | | | |
| 107. Springtree Associates Partnership: 1% Interest | C | Rent | J | W | | | | | |
| 108. Wachovia Bank Accounts: | B | Interest | L | T | | | | | |
| 109. First Citizens Bank Account | A | Interest | K | T | Open | 07/01 | K | | |
| 110. CD: Bank of America | B | Interest | | | Redeemed | 0701 | M | | |
| 111. CD: Carolina First | C | Interest | L | T | | | | | |
| 112. CD: NBSC | C | Interest | L | T | | | | | |
| 113. CD: South Carolina Bank & Trust | A | Interest | K | T | Buy | 07/09 | K | | |
| 114. CD: First Citizens Bank | A | Interest | K | T | Buy | 07/21 | K | | |
| 115. CD: BB&T | A | Interest | L | T | Buy | 10/15 | L | | |
| 116. Minnesota Mutual Life Insurance Policy | B | Dividend | L | T | | | | | |
| 117. John Hancock Life Insurance Policy | A | Dividend | J | T | | | | | |
| 118. Merrill Lynch SEP Contains: | | | | | | | | | |
| 119. **Merrill Lynch SEP Cash Accounts | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. **Chevron Corp: Common | C | Dividend | M | T | | | | | |
| 121. **American Growth Fund of America | A | Dividend | K | T | | | | | |
| 122. **American Euro Pacific Growth Fund | B | Dividend | K | T | | | | | |
| 123. **Thornburg International Value Fund | A | Dividend | L | T | | | | | |
| 124. Wachovia Bank Trust Contains: | | | | | | | | | |
| 125. **Artio Intl Equity Fund | | None | J | T | Buy | 12/11 | J | | |
| 126. **Dodge & Cox International Stock Fund | A | Dividend | J | T | Buy | 12/11 | J | | |
| 127. **Evergreen Equity Tr Intrinsic Value Fund | | None | J | T | Buy | 12/11 | J | | |
| 128. **Golden Large Core Value Fund | | None | J | T | Buy | 12/11 | J | | |
| 129. **Goldman Sachs Growth Opportunity Fund | | None | J | T | Buy | 12/11 | J | | |
| 130. **Goldman Sachs Large Cap Value Fund | | None | J | T | Buy | 12/11 | J | | |
| 131. **ING International Real Estate Unit | | None | J | T | Buy | 12/11 | J | | |
| 132. **Janus Advisor Perkins Mid Cap Fund | A | Dividend | J | T | Buy | 12/11 | J | | |
| 133. **Royce Value Plus Fund | | None | J | T | Buy | 12/11 | J | | |
| 134. **SSGA Emerging Markets Fund | | None | J | T | Buy | 12/11 | J | | |
| 135. **Wells Fargo Advantage Endeavor Select Fund | | None | J | T | Buy | 12/11 | J | | |
| 136. **Nuveen Funds Ltd Trm Muni Fund | A | Dividend | J | T | Buy | 12/11 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C=$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 12/16 | J | | |
| 138. **Vanguard Intermediate-Term Tax-Exempt Fund | | None | K | T | Buy | 12/11 | K | | |
| 139. | | | | | Sold (part) | 12/16 | J | | |
| 140. **Lazard Emerging Markets Fund | A | Dividend | | | Buy | 02/22 | J | | |
| 141. | | | | | Sold | 12/11 | J | | |
| 142. **Evergreen Enhanced S&P 500 Fund | B | Dividend | | | Sold | 12/11 | K | | |
| 143. **Evergreen International Equity | A | Dividend | | | Sold | 12/11 | J | | |
| 144. **Golden Small Core Value | | None | J | T | Buy (add'l) | 12/11 | J | | |
| 145. **LeggMason Partners Aggressive Growth Fund | | None | | | Sold | 12/15 | J | | |
| 146. **Morgan Stanley Institutional Fund | A | Dividend | | | Sold | 12/11 | J | | |
| 147. **Pimco Commodity Real Return Strategy Fund | B | Dividend | J | T | Sold (part) | 12/11 | J | | |
| 148. | | | | | Buy | 12/16 | J | | |
| 149. **Rowe T. Price Real Estate Fund | B | Dividend | J | T | Buy | 12/11 | J | | |
| 150. **Touchstone Mid Cap Fund | | None | | | Sold | 12/11 | J | | |
| 151. **Evergreen International Bond Fund | A | Dividend | J | T | Sold (part) | 12/11 | J | A | |
| 152. **Evergreen SC Municipal Bond Fund | B | Dividend | | | Merged (with line 153) | 04/14 | L | | See VIII |
| 153. **Evergreen Municipal Bond Fund | B | Dividend | | | Merged (with line 152) | 04/14 | L | | See VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154. | | | | | Sold | 12/11 | L | | |
| 155. **Nuveen Funds High Yield Muni Fund | B | Dividend | J | T | Buy | 12/11 | J | | |
| 156. **Pimco Emerging Markets Bond Fund | A | Dividend | J | T | Sold (part) | 12/11 | J | | |
| 157. | | | | | Sold (part) | 12/16 | J | | |
| 158. **Pimco Foreign Bond Fund | A | Dividend | J | T | Sold (part) | 12/11 | J | | |
| 159. **Evergreen Intermediate Municipal Bond Fund | | None | K | T | Buy | 12/11 | K | | |
| 160. | | | | | Sold (part) | 12/16 | J | | |
| 161. **Dreyfus Tax Exempt Cash Management Fund | A | Interest | J | T | | | | | |
| 162. Wachovia Brokerage Account Contains: | | | | | | | | | |
| 163. **US Treasury Bill Due 09/18/08 | E | Interest | | | Buy | 03/17 | P1 | | |
| 164. | | | | | Redeemed | 09/18 | P1 | | |
| 165. **US Treasury Bill Due 03/19/09 | | None | P1 | T | Buy | 09/15 | P1 | | |
| 166. **US Treasury Bill Due 03/20/08 | D | Interest | | | Redeemed | 03/20 | P1 | | |
| 167. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 05/15/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Page 12, Line 152 & 153: The Evergreen SC Municipal Bond Fund merged with the Evergreen Municipal Bond Fund on 04/14/2008. The merged fund will be called the Evergreen Municipal Bond Fund.

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 05/15/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544